**DISMISS and Opinion Filed November 7, 2024**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-24-00659-CV**

**LISA BRYAN, Appellant**
**V.**
**JMD HOLDINGS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-08054-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by September 26, 2024. By postcard dated September 27, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


        /Robert D. Burns, III/
        ROBERT D. BURNS, III
        CHIEF JUSTICE

240659F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LISA BRYAN, Appellant

No. 05-24-00659-CV     V.

JMD HOLDINGS, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-08054-D.
Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered November 7, 2024